DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATHOLEE MORIN,**
Appellant,

v.

**BENNETT AUTO SUPPLY, INC.,**
Appellee.

No. 4D22-234

[January 26, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502019CA015092XXXXMB.

Shawn McCloskey of Schwed, Adams & McGinley, P.A., Palm Beach Gardens, & Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Jack R. Reiter & Robert C. Weill of GrayRobinson, Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***